## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JESUS GONZALEZ,** )<br>)<br>**Defendant.** )<br>) | **8:16CR64**<br><br>**ORDER** |

This matter is before the court on the defendant's unopposed Motion to Continue [46] trial as counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 23, 2017 is continued to **February 21, 2017.**

2. Defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial as soon as practicable..

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 21, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 20, 2017.**

                                            **BY THE COURT:**

                                            **s/ Susan M. Bazis**
                                            **United States Magistrate Judge**