IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:16CR64** |
| v. | |
| JESUS GONZALEZ, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Jesus Gonzalez.

Dated this 21st day of September 2018.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge